UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J WELCH, et al., | CASE NO. C21-904 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed the notice of settlement as to Gould Pumps (IPG), LLC and ITT, LLC. (Dkt. No. 36.) In order to terminate these defendants from this matter, the Parties must file a notice of settlement and dismissal with signatures from counsel for Plaintiffs and Gould Pumps (IPG), LLC and ITT, LLC.

\\

\\

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed July 13, 2021.

                                            Ravi Subramanian
                                            Clerk of Court

                                             s/Paula McNabb
                                            Deputy Clerk