The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J. WELCH and LINDA WELCH, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No. 2:21-cv-00904-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTINGHOUSE ELECTRIC CORPORATION AS SUCCESSOR IN INTEREST TO B.F. STURTEVANT COMPANY |

## **STIPULATION**

Plaintiffs David Welch, husband and wife Linda Welch (hereinafter, "Plaintiffs") and Defendant Westinghouse Electric Corporation as Successor in Interest to B.F. Sturtevant Company (Westinghouse Electric) by and through their counsel of record, stipulate that all claims against Defendant Westinghouse Electric, only, may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTINGHOUSE ELECTRIC CORPORATION AS SUCCESSOR IN INTEREST TO B.F. STURTEVANT COMPANY- 1
Case No. 2:21-cv-00904-MJP

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

DATED this 19th of July 2021.

BERGMAN DRAPER OSLUND UDO

By: s/Vanessa Firnhaber Oslund
Vanessa Firnhaber Oslund, WSBA #38252

Attorneys for Plaintiffs

DATED this 19th of July 2021.

TANENBAUM KEALE, LLP

By: s/Christopher S. Marks
Christopher S. Marks, WSBA #28634

Attorneys for Westinghouse Electric Corporation

---

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTINGHOUSE ELECTRIC CORPORATION AS SUCCESSOR IN INTEREST TO B.F. STURTEVANT COMPANY - 2
Case No. 2:21-cv-00904-MJP

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant Westinghouse Electric to dismiss all claims against Defendant Westinghouse Electric, only, without prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiffs' claims against Defendant Westinghouse Electric only are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED: July 20, 2021

_____
THE HONORABLE MARSHA J. PECHMAN

PRESENTED BY:
TANENBAUM KEALE LLP

By: s/Christopher S. Marks
Christopher S. Marks, WSBA #28634

Attorneys for Westinghouse Electric Corporation

APPROVED BY:
BERGMAN DRAPER OSLUND UDO

By: s/Vanessa Firnhaber Oslund
Vanessa Firnhaber Oslund, WSBA #38252

Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTINGHOUSE ELECTRIC CORPORATION AS SUCCESSOR IN INTEREST TO B.F. STURTEVANT COMPANY- 3
Case No. 2:21-cv-00904-MJP

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150