THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DAVID J. WELCH and LINDA WELCH, husband and wife,

    Plaintiffs,

 v.

AIR & LIQUID SYSTEMS CORPORATION INC., *et al.*,

    Defendants.

No.: 2:21-cv-00904 MJP

ORDER OF DISMISSAL AS TO DEFENDANT CATERPILLAR INC. ONLY

[*Clerk's Action Required*]

## ORDER

The Court, having considered the stipulated order and being otherwise fully advised, hereby ORDERS as follows:

Plaintiffs' claims against defendant Caterpillar Inc. only are dismissed without prejudice, reserving to plaintiffs their claims against all other parties.

DATED this 28th day of July, 2021.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER OF DISMISSAL AS TO DEFENDANT CATERPILLAR INC. ONLY
No. 2:21-cv-00904 MJP

Page 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC


By  /s/ *Lorianne Hanson*
    Katherine M. Steele, WSBA #11927
    Lorianne Hanson, WSBA #53388
    Karleen J. Scharer, WSBA #48101
    Attorneys for Defendant Caterpillar Inc.


APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED


BERGMAN DRAPER OSLUND UDO, PLLC


By  /s/ *Matthew P. Bergman*
    Matthew P. Bergman, WSBA #20894
    Vanessa J. Firnhaber Oslund, WSBA #38252
    Attorneys for Plaintiffs
ORDER OF DISMISSAL AS TO DEFENDANT CATERPILLAR INC. ONLY
No. 2:21-cv-00904 MJP
Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930