Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| DAVID J. WELCH and LINDA WELCH, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>　　　　　　　　　Defendants. | Cause No. 2:21-cv-00904-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC.**<br><br>**Clerk's Action Required** |

　　　　IT IS HEREBY STIPULATED by and between David J. Welch and Linda Welch ("Plaintiffs") and defendant BW/IP, Inc. and Its Wholly-Owned Subsidiaries, incorrectly identified as "BW/IP, Inc., f/k/a Borg-Warner Industrial Products, successor-in-interest to Byron Jackson Pumps" ("BW/IP"), that BW/IP be dismissed, without prejudice, and without fees, costs or expenses to either party, reserving to Plaintiffs all of Plaintiffs' claims against all other parties.

///

///

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC.– 1
USDC WD WA/SEA CAUSE NO. 2:21-cv-00904-MJP

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

///

DATED: July 28, 2021.

| | |
|---|---|
| BERGMAN DRAPER OSLUND UDO, PLLC | SOHA & LANG, P.S. |
| *s/ Matthew P. Bergman*<br>Matthew P. Bergman, WSBA 20894<br>Vanessa J Firnhaber Oslund, WSBA 38252<br>Attorneys for Plaintiffs | *s/ Christine E. Dinsdale*<br>Christine E. Dinsdale, WSBA 12622<br>Rachel A. Rubin, WSBA 48971<br>Attorneys for Defendant BW/IP, Inc. and Its Wholly-Owned Subsidiaries |

## ORDER

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiffs' claims against defendant BW/IP are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

DONE this 28th day of July, 2021.

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC.– 2
USDC WD WA/SEA CAUSE NO. 2:21-cv-00904-MJP

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585