The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WELCH & LINDA WELCH<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC., et al.,<br><br>　　　　Defendants. | NO.  2:21-cv-00904 MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CARRIER CORPORATION ONLY<br><br>[Clerk's Action Required] |

## **STIPULATION**

Plaintiffs DAVID WELCH and LINDA WELCH, husband and wife (hereinafter, "Plaintiffs") and Defendant Carrier Corporation, by and through their counsel of record, stipulate that all claims against Defendant Carrier Corporation only may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

DATED this 29th day of July, 2021.         DATED this 29th day of July, 2021.

WILLIAMS, KASTNER & GIBBS PLLC            BERGMAN DRAPER OSLUND UDO, PLLC

By *s/Megan E. Uhle*                                      By: *s/ Matthew P. Bergman*
　Nicole MacKenzie, WSBA #45741              Matthew P. Bergman, WSBA #20894
　Megan E. Uhle, WSBA #51451                   Vanessa J. Firnhaber Oslund, WSBA #38252
　601 Union Street, Suite 4100                      821 2nd Ave, Suite 2100
　Seattle, WA  98101-2380                             Seattle, WA 98104
　Telephone:  (206) 628-6600                         Email: matt@bergmanlegal.com
　Fax:  (206) 628-6611                                    vanessa@bergmanlegal.com
　Email: nmackenzie@williamskastner.com;   service@bergmanlegal.com
　muhle@williamskastner.com                       ***Attorneys for Plaintiffs***
　Eservice: wkgasbestos@williamskastner.com
　***Attorneys for Carrier Corporation***

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT CARRIER CORPORATION ONLY - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7430008.1

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Carrier Corporation to dismiss all claims against Defendant Carrier Corporation, only, without prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiffs' claims against Defendant Carrier Corporation, only are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED this 29th day of July, 2021.

Marsha J. Pechman
United States Senior District Judge

PRESENTED BY:
WILLIAMS, KASTNER & GIBBS PLLC

By *s/Megan E. Uhle*
    Nicole MacKenzie, WSBA #45741
    Megan E. Uhle, WSB #51451
    **Attorneys for Defendant Carrier Corporation**

APPROVED AS TO FORM AND CONTENT BY:
BERGMAN DRAPER OSLUND UDO, PLLC

By: *s/ Matthew P. Bergman*
    Matthew P. Bergman, WSBA #20894
    Vanessa J. Firnhaber Oslund, WSBA #38252
    **Attorneys for Plaintiffs**

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CARRIER CORPORATION ONLY - 2

7430008.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600