UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J WELCH, et al., | CASE NO. C21-904 MJP |
| Plaintiffs, | ORDER AWARDING ATTORNEYS' FEES |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Motion to Remand (Dkt. No. 23) and the Court's Order to Show Cause regarding subject matter jurisdiction (Dkt. No. 47). The Court granted the Motion, remanded this matter, and awarded attorneys' fees and costs subject to further information from Plaintiffs in support of that request. (Dkt. No. 108.) Plaintiffs have now submitted declarations from counsel attesting to the time spent litigating the remand issue and the requested hourly rates. (Declarations of Matthew Bergman and Vanessa Firnhaber Oslund, (Dkt. Nos. 109, 110).) Vanessa Firnhaber Oslund spent a total of 18 hours researching for and

ORDER AWARDING ATTORNEYS' FEES - 1

drafting the briefing in support of remand, while Matthew Bergman avers that he spent eight hours researching for and drafting the briefing in support of remand. (See id.) Oslund, who has been in practice since 2008, requests an hourly rate of $475/hour, which she avers to be comparable to rates charged by attorneys graduating her same year from the same law school who practice in specialized litigation areas in Seattle. (Oslund Decl. ¶ 4.) Bergman, who has been in practice since 1991, requests an hourly rate of $650/hour, which he avers is comparable to rates charged by complex litigation attorneys with whom he began practicing. (Bergman Decl. ¶ 4.) Neither attorney has an established billing rate and neither points to any order approving their requested hourly rates. Plaintiffs do not seek compensation for any costs incurred.

      Having considered the motion to remand and the issues presented, the Court finds that the time counsel identifies it spent litigating the question of remand to be reasonable. And as to the hourly rates, the Court believes that while the documentation supporting the requested rates could be more robust, the requested rates reasonably reflect the skill of counsel and the quality of the work performed in successfully obtaining remand. The Court therefore AWARDS $13,750 to Plaintiffs as the reasonable amount of attorneys' fees incurred in obtaining a remand of this matter after Velan Valve Corp. improperly removed it from King County Superior Court. See 28 U.S.C. § 1447(c).

      The clerk is ordered to provide copies of this order to all counsel.

      Dated August 17, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER AWARDING ATTORNEYS' FEES - 2